# EXHIBIT 1

# **AFFIDAVIT**

STATE OF ILLINOIS          )
                           )
COUNTY OF ROCK ISLAND      )

I, Daniel R. Spicer, Jr., being first duly sworn on oath, declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) since April 2021. I am charged with enforcing federal laws in all jurisdictions of the United States. I am currently assigned to the Cyber Task Force of the Omaha Field Office, Quad Cities Resident Agency. During my career as a Special Agent, I have investigated several criminal violations and have received additional training in the investigation of computer and financial related crimes. I currently investigate cyber matters, which include computer-enabled criminal violations relating to computer-enabled fraud designed to induce victims to wire money to criminally controlled bank accounts. As a result of my training and experience, I am familiar with information technology and its use in criminal activities.

2. This affidavit is presented in support of verified complaint for forfeiture in rem and the entry of a warrant of arrest in rem as to the $50,000.00 seized om May 30, 2023, by court order from JP Morgan Chase Bank, N.A. account number XXXXXXX801 in the name of "DR KELECHI OFOEGBU," located at JP Morgan Chase Bank, N.A.

1

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show only that there is probable cause for the complaint and for the warrant of arrest in rem and does not set forth all of my knowledge about this matter.

4. There is probable cause to believe that the funds in the $50,000.00 seized from JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) (Forfeiture of Proceeds) as property which constitutes or is derived from proceeds traceable to one or more violations of 18 U.S.C. § 1343 (wire fraud). Specifically, there is probable cause to believe that the $50,000.00 taken from JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," are proceeds of a Business Email Compromise ("BEC") fraud scheme perpetrated against Nordex, USA, Inc. located in West Branch, Iowa. These violations constitute "specified unlawful activity" pursuant to 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B).

5. There is also cause to believe that the $50,000 seized from JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because the $50,000 seized was property involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and 1957 (money laundering).

6. To the extent that the $50,000.00 taken from JPMorgan Chase Bank, N.A.

in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A are not the actual monies traceable to or involved in the illegal activities identified herein, the government alleges that these funds are identical property found in the same account as the property traceable to or involved in the illegal activities, rendering these funds subject to forfeiture pursuant to 18 U.S.C. § 984 (Forfeiture of Fungible Property).

## WIRE FRAUD GIVING RISE TO FORFEITURE

7.     Nordex USA, Inc. ("Nordex") is a wind turbine manufacturer in West Branch, Cedar County, Iowa, in the Northern District of Iowa. On or before June 13, 2022, Mountain Crane (a vendor of Nordex) suffered a computer intrusion. As a result of the intrusion, unknown subject(s) obtained access to the compromised email account(s). On June 13, 2022, the unknown subject(s), posing as CFO for Mountain Crane, sent a fraudulent email to Nordex requesting Nordex process payment with updated banking information. The attached fraudulent invoice showed an outstanding amount of $1,775,589.16 and the attached updated banking information showed "ACH/WIRE PAYMENT INSTRUCTIONS" to Wells Fargo Bank in Roswell, GA 30076 with an account number ending in xxx2439, in the name of the vendor. The instructions also bore the signature of the purported CFO of Mountain Crane.

## Proceeds and SUA

8.On or about June 29, 2022; July 6, 2022; and July 13, 2022, wire transfers in the amounts of $274,623.75, $417,212.00, and $115,115.38 were sent from Nordex's bank account to an account ending in xxx2439 at Wells Fargo Bank in the name of ABBEY GLOBAL RESOURCES LLC.

9.Investigation determined that Nordex had never done business with ABBY GLOBAL RESOURCES LLC, nor did it intend on sending money to ABBEY GLOBAL RESOURCES LLC.

10.Investigation determined that numerous checks were drawn on the ABBEY GLOBAL RESOURCES LLC Wells Fargo Bank ending in xxx2439. A $50,000.00 check was made out to "KELECHI OFOEGBU" from this Wells Fargo account. Investigation determined this check was deposited into the JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A. on July 15, 2022.[1]

11.Investigation determined Nordex's bank is HSBC located in New York. The accounts payable employee that received the fraudulent email from the fake vendor CFO worked in Nordex's West Branch, Iowa location, which is located in the Northern District of Iowa. The accounting team that approved the wires and sent instructions to the bank to initiate the wire transfers is located in the West Branch,

---

[1] 18 U.S.C. Section 984 permits the seizure of property from a bank account without tracing the specific property to the bank account if the seizure was commenced within 1 year of the seizure. The defendant property here was seized within one year form the illegal activity giving rise to forfeiture.

4

Iowa location. Therefore, the fraud occurred, at least in part, in the Northern District of Iowa.

12. On June 13, 2022, Nordex received fraudulent payment instructions from **joshc@mountainecrane.com** which were sent to its inbox. The instructions were forwarded to a Nordex employee to update the information in their internal systems with instructions to call the supplier to verify the new payment instructions.

13. On June 21, 2022, Nordex received fraudulent payment instructions in the same manner. The instructions were again forwarded to the Nordex employee mentioned above.

14. This employee in Nordex's accounts payable changed the banking information on June 27, 2022. There is no documentation in Nordex's systems of the account change in their supplier account changes log. Additionally, the new instructions were not saved in the vendor set-up documentation folder (where they should have been per Nordex standard operating procedures).

15. On or about June 29, 2022; July 6, 2022; and July 13, 2022, wire transfers in the amounts of $274,623.75, $417,212.00, and $115,115.38 were sent from Nordex's bank account to account ending in xxx2439 at Wells Fargo Bank in the name of ABBEY GLOBAL RESOURCES LLC.

16. On July 21, 2022, Mountain Crane notified Nordex that payments had been sent to the wrong account and that Mountain Crane was aware a fraudulent email address had contacted other customers with fraudulent payment instructions.

## 1956/1957

17. On July 28, 2022, Global Cyber Security, Nordex USA, Inc. contacted the FBI to report the business email compromise to the FBI.

18. Based upon the investigation, the FBI determined $50,000.00 was transferred from ABBEY GLOBAL RESOURCES LLC's Wells Fargo account to the JPMorgan Chase Bank, N.A. account number XXXXXXX801 in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A. on July 15, 2022.

19. The signer on the JPMorgan Chase Bank, N.A. account number is Kelechi Ofoegbu. As of December 2022, that account had a balance of $1.6 million, and receives numerous $10,000 international wires from Nigeria. Open source research revealed OFOEGBU is a Nigerian government official as Executive Commissioner, Economic Regulation and Strategic Planning – Nigerian Upstream Petroleum Regulatory Commission. OFOEGBU has a lengthy educational background with specialized expertise in oil and gas. [2]

20. OFOEGBU filed a claim to this money and indicated he did not do business with any party in the United States. OFOEGBU stated in his claim to the FBI, " That I have no knowledge whatsoever of the identity of the depositors, nor have I ever had any commercial dealings with anyone or entity in USA". The predication for the seizure of the $50,000, as stated above, concerns a $50,000 check from ABBEY GLOBAL RESOURCES LLC. Ofoegbu makes no mention of ABBEY GLOBAL RESOURCES LLC in his claim or supporting documents.

---

[2] Nordex is a wind turbine manufacturer, and $50,000 in proceeds went to a foreign government official involved in oil and gas strategy.

# CONCLUSION

21.     The $50,000.00 seized from JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A. is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) as proceeds of wire fraud. Wire fraud is a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), subjecting the proceeds of the fraud to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

22.     Further, the $50,000.00 seized from JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A. is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(a) as property involved in money laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(i) when the $50,000 was involved in conducting or attempting to conduct a financial transaction with the proceeds of wire fraud, a specified unlawful activity, with the intent to promote the wire fraud. The $50,000 was also involved in a violation of 18 U.S.C. § 1956(a)(1)(B)(i) when the financial transaction was designed in whole or in part to conceal or disguise the nature, the location, the sources, the ownership, or the control of the proceeds of the wire fraud.

23.     Further, the $50,000.00 taken from JPMorgan Chase Bank, N.A. in the name of "DR KELECHI OFOEGBU," located at JPMorgan Chase Bank, N.A. is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(a) as property involved in money laundering in violation of 18 U.S.C. § 1957(a) as a monetary transaction (the $50,000 in fraud proceeds transferred to DR KELECHI

OFOEGBU's account) in criminally derived property (wire fraud) of a value greater than $10,000 that is derived from a specified unlawful activity (wire fraud).

24. Based on the foregoing, there is probable cause to believe that the $50,000 in fraud proceeds transferred to DR KELECHI OFOEGBU's account constitute or were derived from proceeds traceable and fungible to violations of Title 18, United States Code, Sections 1343 (wire fraud), 1956 (money laundering) and 1957 (money laundering).

Executed this 30th day of October, 2023.

_____
Daniel R. Spicer, Jr.
Special Agent
Federal Bureau of Investigation (FBI)

Subscribed and sworn to before me on this 30th day of October, 2023, by FBI Special Agent, Daniel R. Spicer, Jr.

_____
Bonnie J. Moore
Notary Public
In and for the State of Illinois

My Commission Expires:

```
OFFICIAL SEAL
BONNIE JO MOORE
NOTARY PUBLIC - STATE OF ILLINOIS
COMMISSION NO. 977924
My Commission Expires September 15, 2024
```